## No. 3037.

### Abraham Vandine et al. v. Eherman & Lecanu et als.

The exception to the action must be sustained, where that action is a revocatory one and the petition itself discloses that there are, besides the defendants, other parties in interest who have not been made parties to the proceeding.

APPEAL from the Seventh District Court, parish of Orleans. *Collens*, J.   *J. S. Whitaker & Rice*, *Lacey & Butler*, for plaintiffs and appellants.   *Cotton & Levy*, for defendants and appellees.

Morgan, J.   The object of this suit is to set aside as simulated and fraudulent, a certain sale of property by Joseph Kaiser to Eherman & Lecanu and Peter Kaiser, made to the prejudice of creditors.

The action is therefore a revocatory one, and as the petition discloses other parties in interest besides those who are made defendants, who were not made parties, we think the exception of the defendants should have been sustained.

It is therefore ordered, adjudged and decreed that the judgment of the district court be avoided, annulled and reversed; that the exceptions be maintained, and this suit be dismissed as in case of nonsuit. Appellants to pay the costs in both courts.

Rehearing refused.